IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CLASSY GLASS, INC.,

    Plaintiff,

  v.

    Case No. 21-cv-221-jdp

THE CINCINNATI INSURANCE
COMPANY, THE CINCINNATI
CASUALTY COMPANY, AND THE
CINCINNATI INDEMNITY COMPANY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants The Cincinnati Insurance Company, The Cincinnati Casualty Company and The Cincinnati Indemnity Company against plaintiff Classy Glass, Inc. dismissing this case.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 2/23/2022 |
| Peter Oppeneer, Clerk of Court | Date |