IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Classy Glass, Inc., | ) | |
| Plaintiff, | ) ) ) | Case No. 21-CV-221 |
| vs. | ) ) ) | |
| The Cincinnati Insurance Company; The Cincinnati Casualty Company; and The Cincinnati Indemnity Company, | ) ) ) ) | Notice of Appeal |
| Defendants. | ) ) | |

Notice is hereby given that Class Glass, Inc., the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 23rd day of February, 2022.

Dated this 22nd day of March, 2022.

TREBLAW, LLC

*/s/ Alex Trebatoski*

Alex Trebatoski
Attorney of Record
Wisc. State Bar No. 1117893
Chris J. Trebatoski
Wisc. State Bar No. 1001105
1110 N. Doctor M.L.K. Jr. Dr.
Suite 400
Milwaukee, WI 53203
T. (414) 316-6456A
F. (414) 316-6454
aht@treblaw.com
cjt@treblaw.com
Attorneys for Classy Glass Inc.